Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JAN 25 2023

LAURA A. AUSTIN, CLERK
BY: *[signature]*
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of
Division

Plaintiff(s): Robert Fifer - Teresa Fifer

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): Iman properties - Fonseca Rentals

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 7:23CV00058
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Fifer Teresa Fifer
Street Address: 5262 Howe Rd Lot 7
City and County: Dublin, Pulaski
State and Zip Code: VA 24084
Telephone Number: 276 620 1574
E-mail Address: Bushylineberry652@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Julia Limon  Limon Properties
- Job or Title (if known): Fonseca concrete
- Street Address: 3306 Blue Spruce CT
- City and County: Christiansburg  Montgomery
- State and Zip Code: VA 24073
- Telephone Number: 540 257-0223
- E-mail Address (if known):

Defendant No. 2
- Name: Samantha Worrell
- Job or Title (if known): Owner Limon properties
- Street Address: 3306 Blue Spruce CT
- City and County: Christiansburg VA  Montgomery County
- State and Zip Code: VA 24073
- Telephone Number: 540 257-0223
- E-mail Address (if known):

Defendant No. 3
- Name: Rose Fonseca - Fonseca Rentals  Fonseca concrete
- Job or Title (if known): Owner
- Street Address: 3075 Spradlin Rd
- City and County: Christiansburg - Montgomery County
- State and Zip Code: VA
- Telephone Number: 540-257-0223
- E-mail Address (if known):

Defendant No. 4
- Name: Christopher Tucker
- Job or Title (if known): Attorneys Limon properties
- Street Address: 211 Thomas Street
- City and County: Blacksburg  Montgomery County
- State and Zip Code: 24060
- Telephone Number: 540-552-4567
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

after receiving 30 day notice to evict I called there attorney he stated there not honor moving work which did not make since I been pay 700 month anyway then I found out real reason cost a forced out lot 4 forced not even day later possiable illegals moveth in. The work for Duhart Mon Roce Fonsca Samaitha Worrell Limon properties Fonsca Concrete

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I suffer from ptsd, clinical Depression tumor on my soul we have paid our rent on time 3 years never even been late then I found the real reason what happend Limon properties Fonseca rental are not fixing what needs be fix Moving in possiable illegals ignored safty disabilty Limon properties also Fonsca Rental are moving possiable illegals in For housing work at limon properties Fonsca Rental ignord my disablty and discrimination race

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

order stop the unlawfull detainer it was takeing out for no real reason nothing is owed or former lease violate have federal court start a investigation in the matter January 7 2023 It finally come clear as day it was racial discrimination disablty discrimination tell me I cannot have my pet so voice complain did not make resident meet need disablity race d[crossed out] discrimination They are trying to force me my wife and I out like lot 2 and 4 to house possible illegals working for there companies Housing discrimination

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights was broken   race discrimination
Housing discrimination   disability discrimination

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Robert Fifer Tracy Fifer, is a citizen of the State of *(name)* Virginia.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Jason Linhan (Linsn Properties) is a citizen of the State of *(name)* VA. Or is a citizen of *(foreign nation)* Mexican-American

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-25-2022

Signature of Plaintiff: _[signature]_
Printed Name of Plaintiff: Robert Fifer Tenoc Fifer

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____